300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a0490-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a0409-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a4090-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a0492-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0460-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0493-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0491-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0497-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a1490-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443